UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY BURNS,<br><br>            Plaintiff,<br><br>    vs.<br><br>ZWICKER & ASSOCIATES, P.C.,<br><br>            Defendant. | NO. CV-12-0021-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

   IT IS HEREBY ORDERED: The parties' Joint Motion to Dismiss (ECF No. 9) is **GRANTED**.  Counsel should note that motions and proposed orders should be distinct documents with the proposed Order filed as an attachment to the motion.  Pursuant to the stipulation of the parties contained within the Motion, the Clerk of this court shall enter judgment of dismissal with prejudice of the Complaint (ECF No. 1, Ex. 1 at 7-16) and the claims therein without costs or attorneys fees to any party.

   The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

   **DATED** this 29th day of March, 2012.

                                s/ Justin L. Quackenbush
                           JUSTIN L. QUACKENBUSH
                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1