AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

KELLY BURNS,

        Plaintiff,

        v.

ZWICKER & ASSOCIATES, P.C.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-021-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the parties' Joint Motion to Dismiss (ECF No. 9) is GRANTED. Judgment of dismissal with prejudice of the Complaint (ECF No. 1, Ex. 1 at 7 - 16) and the claims therein without costs or attorneys fees to any party.  File closed.

March 29, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer